# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| BERNAL WARD, | : |
| Plaintiff, | : |
| vs. | : CA 16-0616-MU |
| NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security, | : |
| Defendant. | : |

## **JUDGMENT**

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff benefits be affirmed.

**DONE** this the 6th day of September, 2017.

        s/P. BRADLEY MURRAY
        **UNITED STATES MAGISTRATE JUDGE**